

2006 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

4-5-2006

# Govt of VI v. Barton

Precedential or Non-Precedential: Non-Precedential

Docket No. 05-1341

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2006

Recommended Citation

"Govt of VI v. Barton" (2006). *2006 Decisions.* Paper 1316.
http://digitalcommons.law.villanova.edu/thirdcircuit_2006/1316

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2006 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

NOT PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 05-1341
_____

GOVERNMENT OF THE VIRGIN ISLANDS,

Appellant

v.

CHRISTOPHER BARTON
_____

APPEAL FROM THE DISTRICT COURT OF THE VIRGIN ISLANDS

(D.C. No. 04-cr-00089)
Chief District Judge:  The Honorable Raymond L. Finch
District Judge: The Honorable Thomas K. Moore
Territorial Judge: The Honorable Darryl Dean Donohue
_____

ARGUED DECEMBER 5, 2005

BEFORE: SCIRICA, <u>Chief Judge</u>, McKee and Nygaard, <u>Circuit</u> <u>Judges</u>.

(Filed :April 5, 2006)
_____

Richard S. Davis, Esq. (Argued)
Office of Attorney General of Virgin Islands
Department of Justice
34-38 Kronprindsens Gade
GERS Building, Second Floor
Charlotte Amalie, St. Thomas, USVI 00802

<u>Counsel for Appellant</u>

Andrew C. Simpson, Esq. (Argued)
5025 Anchor Way, Suite One
Gallows Bay
Christiansted, St. Croix, USVI 00820

        Counsel for Appellee


_____

OPINION OF THE COURT
_____


NYGAARD, Circuit Judge.

        The issue in this appeal is whether a copy of a court order, submitted in an attempt to establish the finality of a Florida custody order, was properly admitted into evidence during the trial of Christopher Barton for concealing a material fact from a government agency. The Territorial Court admitted the copy into evidence and, based entirely on the admitted copy, a jury convicted Barton. On appeal, the Appellate Division of the District Court (consisting of three District judges) reversed and vacated the sentence. We agree substantially with the Appellate Division's opinion that the copy was not admissible under any relevant Federal Rule of Evidence. Accordingly, we will affirm the Appellate Division's order vacating Barton's conviction.